■ AUDREY A. WASZAK, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 87776.) [773 NYS2d 709]—Appeal from a judgment of the Court of Claims (Donald J. Corbett, Jr., J.), entered October 28, 2002. The judgment dismissed the claim upon a decision of the court in a personal injury action.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at the Court of Claims. Present— Pigott, Jr., P.J., Wisner, Hurlbutt, Kehoe and Lawton, JJ.